**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**


**PHILIP PALADE, et al.**                                                        **PLAINTIFFS**

**VS.**                                        **NO. 4:19CV00379 JM**

**BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS, et al.**                              **DEFENDANTS**


## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. All

relief sought is denied, and the case is closed.

Dated this 16th day of March, 2020.


_____
James M. Moody, Jr.
United States District Judge