# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
**www.ca8.uscourts.gov**

November 24, 2020

Ms. Brittany S. Ford
Mr. Joseph Wayne Price II
QUATTLEBAUM & GROOMS
Suite 1900
111 Center Street
Little Rock, AR  72201-0000

      RE:  20-1786  Phillip Palade, et al v. Bd. of Trustees Univ. of Ark., et al

Dear Counsel:

      The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

                                       Michael E. Gans
                                       Clerk of Court

HAG

Enclosure(s)

cc:    Mr. David A. Curran
        Mr. Jim McCormack

      District Court/Agency Case Number(s):   4:19-cv-00379-JM

# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1786

_____

Phillip Palade, On Behalf of Himself and all Others Similarly Situated; Gregory Borse, On Behalf of Himself and all Others Similarly Situated; J. Thomas Sullivan, On Behalf of Himself and all Others Similarly Situated

*Plaintiffs - Appellants*

v.

Board of Trustees University of Arkansas System; Edward O. Fryar, Jr., Ph.D., In his Official Capacity as Trustee; Steve Cox, In his Official Capacity as Trustee; Tommy Boyer, In his Official Capacity as Trustee; Sheffield Nelson, In his Official Capacity as Trustee; C C Gibson, In his Official Capacity as Trustee; Stephen Broughton, M.D., In his Official Capacity as Trustee; Kelly Eichler, In her Official Capacity as Trustee; Morril Harriman, In his Official Capacity as Trustee; Mark Waldrip, In his Official Capacity as Trustee; John Goodson, In his Official Capacity as Trustee

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: November 19, 2020
Filed: November 24, 2020
[Unpublished]

_____

Before ERICKSON, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

Phillip Palade, Gregory Borse, and J. Thomas Sullivan appeal the district court's[1] without-prejudice dismissal of their action under, inter alia, 42 U.S.C. § 1983. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. See Zink v. Lombardi, 783 F.3d 1089, 1098 (8th Cir. 2015) (en banc) (per curiam) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.

# Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Tuesday, November 24, 2020 7:56 AM |
| **Subject:** | 20-1786 Phillip Palade, et al v. Bd. of Trustees Univ. of Ark., et al "per curiam opinion filed" (4:19-cv-00379-JM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 11/24/2020

**Case Name:** Phillip Palade, et al v. Bd. of Trustees Univ. of Ark., et al
**Case Number:** 20-1786
**Document(s):** Document(s)

**Docket Text:**
PER CURIAM OPINION FILED - THE COURT: Ralph R. Erickson, Roger L. Wollman and David R. Stras (UNPUBLISHED) [4978638] [20-1786] (Hillary Grupe)

**Notice will be electronically mailed to:**

Mr. David A. Curran, Associate General Counsel: dcurran@uasys.edu, dcurran@uasys.edu, gward@uasys.edu
Ms. Brittany S. Ford: bford@qgtlaw.com, kwycoff@qgtlaw.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Joseph Wayne Price, II: jprice@qgtb.com, ldeininger@qgtlaw.com, snull@qgtlaw.com

The following document(s) are associated with this transaction:
**Document Description:** Counsel Opinion Letter
**Original Filename:** /opt/ACECF/live/forms/HillaryGrupe_201786_4978638_CounselOpinionLetters_285.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=11/24/2020] [FileNumber=4978638-1]
[b18add321bc0e3cc3c467a088872a6380cbf0c2fbc9f118ce60d48b1c37e84b49fe59274d1ec9389a732d2aa14bfafab3fb8bde6cf24a06b89f207087e7bfb2f]]
**Recipients:**

- Mr. David A. Curran, Associate General Counsel
- Ms. Brittany S. Ford
- Mr. Jim McCormack, Clerk of Court
- Mr. Joseph Wayne Price, II

**Document Description:** Unpublished Per Curiam Opinion
**Original Filename:** 201786U.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=11/24/2020] [FileNumber=4978638-0]
[93f22bc09c6bf27d0ac08be2782ebd0178dc215e010bedc86f65e7036f8cb71a6fa09d4fe48f53c6790f1b7cae923189ef3ad8a4ea9d3319208201a3bf6745a8]]

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4978638
**RELIEF(S) DOCKETED:**
  not for publication
**DOCKET PART(S) ADDED:** 6655849, 6655850, 6655851