# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-1786

Phillip Palade, On Behalf of Himself and all Others Similarly Situated, et al.

Appellants

v.

Board of Trustees University of Arkansas System, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:19-cv-00379-JM)
_____

**MANDATE**

In accordance with the opinion and judgment of 11/24/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 11, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit

# Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Tuesday, January 19, 2021 10:52 AM |
| **Subject:** | Re-send: 20-1786 Phillip Palade, et al v. Bd. of Trustees Univ. of Ark., et al "Mandate Issued" (4:19-cv-00379-JM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Amended 01/19/2021 10:52:19: Notice of Docket Activity**

The following transaction was filed on 01/11/2021

| | |
|---|---|
| **Case Name:** | Phillip Palade, et al v. Bd. of Trustees Univ. of Ark., et al |
| **Case Number:** | 20-1786 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [4993130] [20-1786] (Megan Polley)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Honorable James M. Moody, Jr., U.S. District Judge: jay_moody@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/MeganPolley_201786_4993130_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=01/11/2021] [FileNumber=4993130-0]
[3f10b8a88373554540799766fa42465c7caaf6f2c37a4503dfe31602c6b04c808d955daa724d305ae8f0105e3b5044f5de4b
a8bd0e52072e1c121b62c13d581c]]
**Recipients:**

- Mr. Jim McCormack, Clerk of Court
- Honorable James M. Moody, Jr., U.S. District Judge

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4993130

**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6684032