# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 10, 2021

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

    RE:  20-1786  Phillip Palade, et al v. Bd. of Trustees Univ. of Ark., et al

Dear Clerk:

    Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                                    Michael E. Gans
                                    Clerk of Court

AMT

Enclosure(s)

    District Court/Agency Case Number(s):  4:19-cv-00379-JM

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 8, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

      Re:  Philip Palade, et al.
            v. Board of Trustees University of Arkansas System, et al.
            No. 20-1698
            (Your No. 20-1786)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on June 3, 2021 and placed on the docket June 8, 2021 as No. 20-1698.

                          Sincerely,

                          **Scott S. Harris**, Clerk

                          by

                          Jacob A. Levitan
                          Case Analyst

# Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Thursday, June 10, 2021 8:44 AM |
| **Subject:** | 20-1786 Phillip Palade, et al v. Bd. of Trustees Univ. of Ark., et al "Supreme Court notice of cert filed" (4:19-cv-00379-JM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 06/10/2021 at 8:42:39 AM Central Daylight Time and filed on 06/08/2021

| | |
|---|---|
| **Case Name:** | Phillip Palade, et al v. Bd. of Trustees Univ. of Ark., et al |
| **Case Number:** | 20-1786 |
| **Document(s):** | Document(s) |

**Docket Text:**
U.S. Supreme Court Notice of cert filed in the Supreme Court on 06/03/2021, case No. 20-1698 [5043907] [20-1786] (Amanda Trautt)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


The following document(s) are associated with this transaction:
**Document Description:** Supreme Court Notice Filed
**Original Filename:** /opt/ACECF/live/forms/AmandaTrautt_201786_5043907_SupremeCourtNoticeFiled_255.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/08/2021] [FileNumber=5043907-1]
[7a9cab6ab8a3e43acb88c6a6693e72a5900872bdebfeb0993a0dbc9cabea09c7098dd4f2560df91b3034124b807f38398cc7cd451c569a77b1cccf8b6c393741]]
**Recipients:**

- Mr. Jim McCormack, Clerk of Court

**Document Description:** SC Cert Notice
**Original Filename:** 20-1786.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/08/2021] [FileNumber=5043907-0]

[c017045149017e1586b94944496dc2546cd5ab3e408944008b8bd6b1236e47dfa8e6599a529ebcaa5eaa93ebf8565721427ffb9dd633b447ecc4a2422a163f66]]

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5043907
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6786418, 6786419